

1400 Old Country Road, Suite C103
Westbury, NY 11590
516-394-6921

_____

**REPLY TO:**

7 Century Drive, Suite 201
Parsippany, NJ 07054

_____

28 East Main Street, Suite 1800
Rochester, NY 14614

June 18, 2018

<u>**VIA ECF**</u>

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

**RE:    Chestley Anderson, Debtor
Case no. 18-10390 CGM**

Dear Judge Morris:

Please accept this letter as a status report regarding the loss mitigation efforts in the above referenced case. On or about June 5, 2018, the debtor submitted loss mitigation documents. The information has been forwarded to the lender for review. It is therefore requested that additional time be provided to allow for the review.

Respectfully submitted,

/s/ Tammy L. Terrell Benoza