# LAW OFFICE OF VINCENT CUOCCI, P.C.

ATTORNEY-AT-LAW

320 West Main Street
Sayville, New York 11782
(631) 758-7878 tel.
(631) 758-7877 fax

August 1, 2018

Chambers of the Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: *In re Chestley Anderson*
Ch. 13 Case No.: 18-10390-CGM
**REQUEST FOR EXTENSION OF TIME IN LOSS MITIGATION**

Honorable Madame:

Please allow this letter to serve as a status report on this case as well as a request for an extension of time to respond to the currently pending document request in the Loss Mitigation Program.

As counsel for the Debtor, my office has submitted two responsive loss mitigation packages to Caliber Home Loans, Inc. (the "Lender") by and through their counsel Fein, Such, Kahn & Shepard, LLC via e-mail to Tammy Terrell-Benoza, Esq. on behalf of Mr. Anderson. Unfortunately, at this time the Debtor has suffered a death in his family and was required to travel to Jamaica in order to pay his respects.

As the Debtor is currently unavailable to obtain the requested documents due to a family emergency, I am respectfully requesting an extension of time to respond to the Lender's most recent request. Only the following items are outstanding:
- A copy of the Lease Agreement for tenant NAVA;
- A copy of a new Lease Agreement for tenant BAILEY (this lease only expired on 6/30/2018).

In the alternative, if the Court can direct the Lender to conduct a review, assuming the documents will be provided upon the Debtor's return, this would be greatly appreciated.

I thank the Court for its courtesy and consideration in this regard.

Very truly yours,

Vincent Cuocci, Esq.

cc: Fein, Such, Kahn & Shepard, P.C. (*via e-mail tterrell@feinsuch.com*)
VC/jc