

1400 Old Country Road, Suite C103
Westbury, NY 11590
516-394-6921

_____

**REPLY TO:**

7 Century Drive, Suite 201
Parsippany, NJ 07054

_____

28 East Main Street, Suite 1800
Rochester, NY 14614

August 14, 2018

<u>**VIA ECF**</u>

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

**RE:    Chestley Anderson, Debtor
Case no. 18-10390 CGM**

Dear Judge Morris:

Please accept this letter as a status report regarding the loss mitigation efforts in the above referenced case. On or about June 20, 2018 counsel for the debtor was advised that additional lease information was required in order to move forward with the loss mitigation review.

On July 18, 2018 counsel advised our office that the debtor experienced a death in his family and remained out of the country to deal with his personal affairs. Our office contacted counsel on August 7, 2018 to determine how long the debtor would be out of the country. To date our office has not received a response. It is therefore requested that loss mitigation be terminated. Upon the return of the debtor a new application can be submitted should the debtor wish to continue to pursue loss mitigation.

Respectfully submitted,

/s/ Tammy L. Terrell Benoza