# LAW OFFICE OF VINCENT CUOCCI, P.C.

ATTORNEY-AT-LAW

320 West Main Street
Sayville, New York 11782
(631) 758-7878 tel.
(631) 758-7877 fax

March 13, 2019

Chambers of the Hon. Cecilia G. Morris
U S. Bankruptcy Court- SDNY
One Bowling Green
New York, NY 10004

                Re:     *Chestley S. Anderson*
                        Chapter 13 Case No.: 18-10390-CGM
                        ADJOURN NOTICE

Honorable Madam:

       Please allow this letter to confirm my communication with Chambers confirming that all matters on the Court's calendar in regard to the above referenced matter for March 14, 2019 have been adjourned to April 11, 2019 at 2:31 p.m. I thank the Court for its courtesy.

                                                             Respectfully,

                                                         */s/ Vincent Cuocci*
                                                         Vincent Cuocci, Esq.

VC/lt
cc: EGonzalez@ch13kp.com