UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X    Chapter 13
IN RE:                                                                                Case No. 18-10390-CGM

CHESTLEY S. ANDERSON *AKA*
CHESLEY ANDERSON,


                                                   Debtor.
---------------------------------------------------------X

## ORDER DISMISSING CASE

UPON the motion, dated March 20, 2019 of Krista M. Preuss, Chapter 13 trustee, (the "Trustee") seeking entry of an order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c); and due notice of the motion having been given to all necessary parties; and upon the record of the hearing held by the Court on the motion on May 09, 2019 and all of the proceedings herein; and

WHEREAS, the Debtor failed to comply with 11 U.S.C. § 1325(a)(6) in that the Debtor failed to submit timely Chapter 13 plan payments to the Trustee; and

WHEREAS, the Debtor failed to provide the Trustee with documentation of the current value of all real property in which the Debtor has an ownership interest; and

WHEREAS, the Debtor failed to provide the Trustee with affidavits of contribution for each person contributing to the proposed plan or to payment of expenses of the Debtor's household; and

WHEREAS, the Debtor failed to comply with 11 U.S.C. § 521(e)(2)(A)(i) in that the Debtor has not provided the Trustee with a copy of a Federal and State income tax returns or transcripts; and

WHEREAS, each of the foregoing constitutes cause for dismissal of this Chapter 13 case; it is accordingly

ORDERED, that this Chapter 13 case be dismissed pursuant to 11 U.S.C. § 1307(c). The Trustee shall take all actions required by such dismissal.



**Dated: May 23, 2019**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**